UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA     :     MAGISTRATE JUDGE: Steven C. Mannion

v.     :     MAGISTRATE NO.: 2:18-mj-6028

PHILIP JAMES LAYFIELD     :     DATE OF PROCEEDINGS: 2/26/2018

     :     DATE OF ARREST: 2/26/2018

PROCEEDINGS: Rule 5 - Initial Appearance

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL  ✓ TODAY ~~THEY~~
(✓) APPT. OF COUNSEL: ✓ AFPD  __ CJA
(✓) WAIVER OF HRG.: ID ✓ PRELIM ! Pre ~~REMOVAL~~
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
(✓) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER  _PENALTIES PLACED ON RECORD._

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.     DATE: _____
(✓) DETENTION / BAIL HRG.          DATE: 3-2-18 @ 11 AM
( ) TRIAL:  __ COURT  __ JURY      DATE: _____
( ) SENTENCING                     DATE: _____
( ) OTHER: _____         DATE: _____

APPEARANCES:

AUSA  _____ JASON GOULD _____

DEFT. COUNSEL  _____ DAVID HOLMAN _____ APPT. FOR ~~TODAY~~ WEEK ONLY.

PROBATION  _____

INTERPRETER  _____
        Language: (        )

Time Commenced: _____
Time Terminated: _____
CD No: _____

_Scott P. Creegan_
DEPUTY CLERK