UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Steven C. Mannion |
| v. | MAGISTRATE NO.: 2:18-mj-6028 |
| PHILIP JAMES LAYFIELD | DATE OF PROCEEDINGS: 3/2/2018 |
| | DATE OF ARREST: 2/26/2018 |

PROCEEDINGS: Bail Hearing / CONTINUED DETENTION HRG.

- ( ) COMPLAINT
- ( ) ADVISED OF RIGHTS
- ( ) WAIVER OF COUNSEL
- ( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
- ( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
- ( ) CONSENT TO MAGISTRATE'S JURISDICTION
- ( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
- ( ) PLEA AGREEMENT
- ( ) FINANCIAL AFFIDAVIT EXECUTED
- ( ) OTHER _____

- ( ) TEMPORARY COMMITMENT
- ( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- (✓) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- ( ) BAIL SET: _____
- ( ) TRAVEL RESTRICTED _____
- ( ) REPORT TO PRETRIAL SERVICES
- ( ) DRUG TESTING AND/OR TREATMENT
- ( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
- ( ) SURRENDER &/OR OBTAIN NO PASSPORT
- ( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

ARGUMENTS AND PACKAGE PLACED ON RECORD.

Δ STATES HIS POSITION ON THE RECORD.

HEARING(S) SET FOR:

- ( ) PRELIMINARY / REMOVAL HRG.
- ( ) DETENTION / BAIL HRG.
- ( ) TRIAL: ___ COURT ___ JURY
- ( ) SENTENCING
- ( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

Δ REMANDED TO USM PENDING TRANSFER TO CDCA.

APPEARANCES:

AUSA JASON GOULD

DEFT. COUNSEL DAVID HOLMAN

PROBATION _____

INTERPRETER _____
Language: ( )

Time Commenced: _____
Time Terminated: _____
CD No: _____

Scott P. Creegan
DEPUTY CLERK