# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

26 February 2018

RE:   United States of America v. PHILIP JAMES LAYFIELD
      Our Docket No. 2:18-mj-6028
      Your Docket No. MJ18-0070

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

RECEIPT ACKNOWLEDGED BY:
DATE: _____

DNJ-Crim-004(Rev. 09/06)